IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:22-CR-106-TAV-JEM |
| ) | |
| SHELBY GLOVER, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Shelby Glover's Motion to Continue Trial and All Deadlines [Doc. 12], filed on March 16, 2023. In the motion, Defendant asks the Court to continue the May 16, 2023 trial date and associated deadlines. Counsel for Defendant states that he still needs to perform additional investigation related to Defendant's case to properly prepare for trial and to continue ongoing plea negotiations. He relates that Defendant currently resides in Atlanta, Georgia on bond. Further, counsel states that he has conferred with counsel for the Government, who has no objection to the requested continuance.

Based upon the information provided by Defendant in the motion and the fact that the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i)–(iv). Counsel needs additional time to investigate the matters involved in Defendant's case and, if plea negotiations are not fruitful, prepare for trial—a task made more difficult by Defendant's release on bond in another state. All of this cannot be done by the May 16, 2023 trial date.

The Court therefore **GRANTS** Defendant's motion [**Doc. 12**]. The trial of this case is reset to **July 18, 2023**. A new, comprehensive, trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motion on March 16, 2023, and the new trial date of July 18, 2023, is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), -(h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant Shelby Glover's Motion to Continue Trial and All Deadlines [**Doc. 12**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **July 18, 2023, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **March 16, 2023**, and the new trial date of **July 18, 2023**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **June 16, 2023**;

(5) the deadline for filing motions *in limine* is **June 26, 2023**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **June 27, 2023, at 2:00 p.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **June 30, 2023**.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge

3